IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CT-3193-D

| | |
|---|---|
| JAMES C. McNEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LIEUTENANT NORRIS, et al., ) | |
| ) | |
| Defendants. ) | |

On January 25, 2018, Magistrate Judge Numbers issued a Memorandum and Recommendation and recommended that the court deny James C. McNeill's ("McNeill") motion for a preliminary injunction [D.E. 67]. No party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 67], and DENIES McNeill's motion for a preliminary injunction [D.E. 48].

SO ORDERED. This 13 day of February 2018.

JAMES C. DEVER III
Chief United States District Judge